UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>          v.<br><br>DERRICK L. JONES, JR.,<br><br>                    Defendant. | CR15-140 TSZ<br><br>ORDER |

  On August 6, 2015, a Status Hearing was held in the above-captioned case.

Defendant's counsel made a motion on the record to continue the trial date in light of his

recent appearance in the case.  The Government did not oppose the motion to continue.

The Court GRANTED the motion to continue at the hearing on the record and now enters

this Order.

  THE COURT NOW FINDS that pursuant to Title 18, United States Code,

Sections 3161(h)(7)(A) and (h)(7)(B)(i)(ii), the ends of justice served by continuing the

trial date from August 31, 2015 to November 30, 2015, outweigh the best interests of the

public and the defendant in a speedy trial, in that, it has been demonstrated that additional

time is necessary for counsel to review and analyze discovery materials, to effectively

ORDER - 1

1    prepare for trial, and to prepare the presentation of a defense; and defendant has agreed to

2    file a waiver of Speedy Trial.

3        IT IS THEREFORE ORDERED THAT trial in this matter is continued from

4    August 31, 2015, until November 30, 2015, at 9:00 a.m.  The resulting period of delay

5    from the current trial date of August 31, 2015, up to and including November 30, 2015, is

6    hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

7        IT IS FURTHER ORDERED that the pretrial motions deadline is extended until

8    October 2, 2015.

9        Dated this 6th day of August, 2015.

10

11

12                                        Thomas S. Zilly
                                         United States District Judge

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2