The Hon. Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DERRICK JONES,<br><br>Defendant. | No. CR15-140-TSZ<br><br>**FINAL ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion, docket no. 59, for Entry of a Final Order of Forfeiture ("Motion") for the following property:

- One Smith & Wesson .38 Special revolver, bearing serial number 118016.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS entry of a Final Order of Forfeiture is appropriate at this juncture because:

- In the plea agreement Defendant Derrick Jones ("the Defendant") entered on October 9, 2015, he forfeited his interest in the above-identified firearm (Dkt. No. 25, ¶¶ 9 & 12);

- At the Defendant's sentencing on January 28, 2016, the Court entered a Preliminary Order of Forfeiture finding the above-identified firearm was

FINAL ORDER OF FORFEITURE - 1
*U.S. v. Jones*, CR15-140-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

forfeitable pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) and forfeiting the Defendant's right, title, and interest in it (Dkt. No. 38);

- thereafter, the United States published notice of the forfeiture as required by 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2(b)(6)(C) (Dkt. No. 42); and,

- the time for filing third-party petitions has expired, and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1) No right, title, or interest in the above-identified property exists in any party other than the United States;

2) The above-identified property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

3) The United States Department of Justice, and/or its representatives, are authorized to dispose of the above-identified property as permitted by governing law.

IT IS SO ORDERED.

DATED this 3rd day of March, 2017.

_____
Thomas S. Zilly
United States District Judge

Presented by:

 s/ Michelle Jensen
MICHELLE JENSEN, WSBA #36611
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA  98101-1271
Telephone: (206) 553-2619
E-mail:  Michelle.Jensen@usdoj.gov

FINAL ORDER OF FORFEITURE - 2
U.S. v. Jones, CR15-140-TSZ

UNITED STATES ATTORNEY
700 STEWART STREET. SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970