# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DERRICK L. JONES JR,<br><br>Defendant | Case No. CR 15-00140-TSZ<br><br>ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE |

This matter has come before the Court on defendant's unopposed motion to terminate his supervised release term six months early based on his performance while on supervision, docket no. 63. The Court, having reviewed the files and records herein, and having considered 18 U.S.C. § 3553(e), GRANTS defendant's motion.

Dated this 18th day of June, 2018.

*[signature: Thomas S. Zilly]*

Thomas S. Zilly
United States District Judge

ORDER GRANTING MOTION FOR EARLY TERMINATION OF
SUPERVISED RELEASE - 1

CAMIEL & CHANEY, P.S.
2101 FOURTH AVENUE, SUITE 1900
SEATTLE, WA 98121-2315
PETER A. CAMIEL (206) 624-1551
CATHERINE A. CHANEY (206) 343-7642